| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>rmcdowell@slgcollect.com<br>Counsel for First Atlantic Federal Credit Union | |
| In Re:<br><br>Yohanseh M. Lloyd,<br><br>                    Debtor. | Case No.:   26-11870-VFP<br><br>Chapter:   13<br><br>Hrg Date:   May 7, 2026 at 8:30AM<br><br>Judge:   Hon. Vincent F. Papalia |

Order Filed on May 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER RESOLVING FIRST ATLANTIC FEDERAL CREDIT UNION'S PLAN OBJECTION

The relief set forth on the following page is hereby ORDERED.

**DATED: May 28, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: Yohanseh M. Lloyd
Case No. 26-11870-VFP
Caption of Order: Consent Order Resolving First Atlantic Federal Credit Union's Plan Objection

This matter having come before the Court upon the filing of a Chapter 13 plan by

Yohanseh M. Lloyd ("Debtor"); First Atlantic Federal Credit Union ("First Atlantic") having

filed a secured claim for its judicial lien against Debtor's real property ("Claim"); Debtor's Plan

having failed to provide for payment of the Claim; First Atlantic having filed an Objection to the

Plan to the extent that it fails to pay the Claim in full as a secured claim ("Objection"); and the

parties having come to a resolution of the Objection; now therefore;

It is hereby ORDERED that:

1. First Atlantic's Claim in the amount of $28,768.00, Claim No. 16 on the Claims
   Register, shall be allowed as a fully secured claim; and

2. The Claim shall be paid in full, in the total amount of $28,768.00, through the Plan.

| | |
|---|---|
| /s/ Rebecca K. McDowell | /s/ |
| Rebecca K. McDowell, Esq. | Joel R. Spivack, Esq. |
| Saldutti Law Group | Law Office of Joel R. Spivack |
| 1040 Kings Highway North, Suite 100 | 1415 Marlton Pike East, Suite 408 |
| Cherry Hill, NJ 08034 | Cherry Hill, NJ 08034 |
| (856) 324-5014 | (856) 912-4161 |
| rmcdowell@slgcollect.com | joel@spivacklaw.com |
| Counsel for First Atlantic Federal Credit Union | Counsel for the Debtor |