UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>rmcdowell@slgcollect.com<br>Counsel for First Atlantic Federal Credit<br>Union | **Order Filed on May 28, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Yohanseh M. Lloyd,<br><br>                 Debtor. | Case No.:   26-11870-VFP<br><br>Chapter:   13<br><br>Hrg Date:   May 7, 2026 at 8:30AM<br><br>Judge:   Hon. Vincent F. Papalia |

## <u>CONSENT ORDER RESOLVING FIRST ATLANTIC FEDERAL CREDIT UNION'S PLAN OBJECTION</u>

The relief set forth on the following page is hereby ORDERED.

**DATED: May 28, 2026**

_Vincent F. Papalia_
    Honorable Vincent F. Papalia
    United States Bankruptcy Judge

Page 2
Debtor: Yohanseh M. Lloyd
Case No. 26-11870-VFP
Caption of Order: Consent Order Resolving First Atlantic Federal Credit Union's Plan Objection

This matter having come before the Court upon the filing of a Chapter 13 plan by

Yohanseh M. Lloyd ("Debtor"); First Atlantic Federal Credit Union ("First Atlantic") having

filed a secured claim for its judicial lien against Debtor's real property ("Claim"); Debtor's Plan

having failed to provide for payment of the Claim; First Atlantic having filed an Objection to the

Plan to the extent that it fails to pay the Claim in full as a secured claim ("Objection"); and the

parties having come to a resolution of the Objection; now therefore;

It is hereby ORDERED that:

1. First Atlantic's Claim in the amount of $28,768.00, Claim No. 16 on the Claims
   Register, shall be allowed as a fully secured claim; and

2. The Claim shall be paid in full, in the total amount of $28,768.00, through the Plan.


/s/ Rebecca K. McDowell
Rebecca K. McDowell, Esq.
Saldutti Law Group
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 324-5014
rmcdowell@slgcollect.com
Counsel for First Atlantic Federal Credit
Union

/s/
Joel R. Spivack, Esq.
Law Office of Joel R. Spivack
1415 Marlton Pike East, Suite 408
Cherry Hill, NJ 08034
(856) 912-4161
joel@spivacklaw.com
Counsel for the Debtor

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 26-11870-VFP

Yohanseh M. Lloyd | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2

Date Rcvd: May 29, 2026            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**            **Recipient Name and Address**
db               +   Yohanseh M. Lloyd, 11 Primrose Lane, Sparta, NJ 07871-3495

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Caroline Record
           on behalf of Creditor Spartan Meadows Condominium Association  Inc. crecord@greenbaumlaw.com

Joel R. Spivack
           on behalf of Debtor Yohanseh M. Lloyd joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com

Marie-Ann Greenberg
           magecf@magtrustee.com

Matthew K. Fissel
           on behalf of Creditor FLAGSTAR BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rebecca K. McDowell
           on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

Thomas B. O'Connell
           on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com

District/off: 0312-2                    User: admin                                    Page 2 of 2
Date Rcvd: May 29, 2026                 Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7