Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 26−11870−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Yohanseh M. Lloyd
aka Yohanseh Mosi Lloyd
11 Primrose Lane
Sparta, NJ 07871

Social Security No.:
xxx−xx−5358

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 22, 2026.

Dated: June 22, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11870-VFP
Yohanseh M. Lloyd Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 4
Date Rcvd: Jun 22, 2026 Form ID: plncf13 Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yohanseh M. Lloyd, 11 Primrose Lane, Sparta, NJ 07871-3495 |
| cr | + | Spartan Meadows Condominium Association, Inc., Greenbaum Rowe Smith & Davis LLP, 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3788 |
| 521006121 | + | Cheryl Dickerson, Hyundai Capital America, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 521006127 | + | Eisenberg Gold & Agrawal, PC, 1040 Kings Highway North, #200, Cherry Hill, NJ 08034-1925 |
| 521006132 | + | Gervin Management, 120 US Highway 46, Parsippany, NJ 07054-2312 |
| 521006133 | + | Gervin Management & Realty, 1280 US Highway 46, Parsippany, NJ 07054-4914 |
| 521006139 | + | Kaitlyn Rush, Default Specialist, ISN Corporation, 2000 N. Classen Blvd., Suite 3200, Oklahoma City, OK 73106-6034 |
| 521006140 | + | Karen Borgmann, Bankruptcy Specialist, Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 521006141 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 521006142 | + | Matthew Avenatti, Undersheriff, Sussex County Sheriff's Office, 39 High Street, Newton, NJ 07860-1741 |
| 521006150 | | Portfolio Recovery Associates LLC, c/o Paypal, BOB 41067, Norfolk, VA 23541 |
| 521201717 | ++++ | SANTANDER BANK NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank NA, MC: PA-WYO-CP3, 10 Commons Blvd, Reading, PA 19605 |
| 521028545 | + | Spartan Meadows Condominium Association, Inc., c/o Greenbaum Rowe Smith & Davis LLP, 75 Livingston Avenue, Ste 301, Roseland, NJ 07068-3738 |
| 521006160 | + | Superior Court of New Jersey, Clerk, Special Civil Part, 43-47 High Street, Newton, NJ 07860-1738 |
| 521006161 | + | Sussex County Sheriff's Office, 39 High Street, Newton, NJ 07860-1741 |
| 521008091 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521006166 | + | US Department of Housing & Urban Develop, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 22 2026 23:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2026 23:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 22 2026 23:21:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway North, Suite 100, Cherry Hill, NJ 08034-1925 |
| 521006115 | + | Email/Text: bncnotifications@pheaa.org | Jun 22 2026 23:20:00 | AES/Suntrust, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 521006116 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:24:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 521006117 | + | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:24:52 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521006120 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 22 2026 23:22:00 | CCAP Auto Lease Ltd., PO Box 961275, Fort Worth, TX 76161-0275 |
| 521006118 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 22 2026 23:25:03 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521006119 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2026 23:24:54 | Capital One NA, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521006122 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2026 23:22:00 | Chrysler Capital, ATTN: Bankruptcy Dept., PO Box 961278, Fort Worth, TX 76161-0278 |
| 521006123 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 22 2026 23:22:00 | Credit Collection Services, Two Wells Avenue, Dept. 9133, Newton Center, MA 02459-3225 |
| 521006124 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 22 2026 23:22:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 521006125 | + | Email/Text: mrdiscen@discover.com | Jun 22 2026 23:20:00 | Discover, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521006126 | | Email/Text: mrdiscen@discover.com | Jun 22 2026 23:20:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 521006128 | | Email/Text: bankruptcycourts@equifax.com | Jun 22 2026 23:21:00 | Equifax Information Services LLC, PO Box 740256, Atlanta, GA 30374 |
| 521006129 | ^ | MEBN | Jun 22 2026 23:07:29 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 521006130 | | Email/Text: assetrecovery@fafcu.com | Jun 22 2026 23:21:00 | First Atlantic Fcu, 100 Monmouth Park, West Long Branch, NJ 07764 |
| 521052073 | + | Email/Text: rmcdowell@slgcollect.com | Jun 22 2026 23:21:00 | First Atlantic Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 521198213 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2026 23:20:00 | Flagstar Bank, N.A., c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521006131 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2026 23:20:00 | Flagstar Bank, NA, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 521006134 | ^ | MEBN | Jun 22 2026 23:08:35 | Hayt Hayt and Landau LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 521006135 | ^ | MEBN | Jun 22 2026 23:09:28 | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 521006136 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 22 2026 23:22:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 521006137 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 22 2026 23:21:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 521006138 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 22 2026 23:22:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 521011302 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2026 23:25:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521006143 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 22 2026 23:22:00 | Midland Credit Management, PO Box 2037, Warren, MI 48090-2037 |
| 521006145 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2026 23:20:00 | Nationstar/Flagstar Bank, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521006146 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 22 2026 23:22:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 521006147 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 22 2026 23:22:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 521006148 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 22 2026 23:22:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 521006149 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 22 2026 23:22:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521006152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2026 23:24:53 | Portfolio Recovery Associates LLC, PO BOX 41067, Norfolk, VA 23541 |
| 521006151 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 22 2026 23:24:53 | Portfolio Recovery Associates LLC, c/o Lowes, PO Box 41067, Norfolk, VA 23541 |
| 521006153 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2026 23:22:00 | Quantum 3 Group LLC as agent for, Axiom Acquisition Ventures LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521006154 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2026 23:22:00 | Quantum 3 Group LLC as agent for, Velocity Investments, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521019346 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2026 23:22:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521045643 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2026 23:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521006155 | | Email/Text: bnc-quantum@quantum3group.com | Jun 22 2026 23:22:00 | Quantum3 Group LLC as agent for Axiom, PO Box 788, Kirkland, WA 98083-0788 |
| 521201717 | ^ | MEBN | Jun 22 2026 23:10:31 | Santander Bank NA, MC: PA-WYO-CP3, 10 Commons Blvd, Reading, PA 19605 |
| 521006159 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 22 2026 23:20:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 521006156 | + | Email/Text: rmcdowell@slgcollect.com | Jun 22 2026 23:21:00 | Saldutti Law Group, 1040 N. Kings Highway, Ste 100, Cherry Hill, NJ 08034-1925 |
| 521006157 | + | Email/Text: DeftBkr@santander.us | Jun 22 2026 23:22:00 | Santander Bank NA, 450 Penn Street, MC:PA-450-FB1, Reading, PA 19602-1011 |
| 521006158 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2026 23:22:00 | Santander Consumer USA, Attention: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 521018744 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 22 2026 23:22:00 | Santander Consumer USA Inc.d/b/a, Chrysler Capital as servicer for, CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 521011559 | | Email/Text: bkyelectnotices@trelliscompany.org | Jun 22 2026 23:22:00 | TGSLC DBA TRELLIS COMPANY, PO BOX 83100, ROUND ROCK, TX 78683-3100 |
| 521006162 | | Email/PDF: bncnotices@becket-lee.com | Jun 22 2026 23:25:07 | Tally Technologies Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 521006163 | ^ | MEBN | Jun 22 2026 23:07:38 | TransUnion Consumer Solutions, PO Box 2000, Chester, PA 19016-2000 |
| 521006164 | | Email/Text: bkyelectnotices@trelliscompany.org | Jun 22 2026 23:22:00 | Trellis, PO Box 83100, Round Rock, TX 78683-3100 |
| 521006165 | + | Email/Text: bkyelectnotices@trelliscompany.org | Jun 22 2026 23:22:00 | Trellis Company, Attn: Bankruptcy, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |
| 521076281 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 22 2026 23:24:43 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521006168 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 22 2026 23:25:04 | Wells Fargo Bank NA, Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 521006167 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 22 2026 23:24:38 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box |

| | | | |
|---|---|---|---|
| | | | 393, Minneapolis, MN 55480-0393 |
| 521069159 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 22 2026 23:24:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521047794 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521047795 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521048855 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521006144 | *+ | Midland Credit Management Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521033566 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caroline Record | on behalf of Creditor Spartan Meadows Condominium Association Inc. crecord@greenbaumlaw.com |
| Joel R. Spivack | on behalf of Debtor Yohanseh M. Lloyd joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FLAGSTAR BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor First Atlantic Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor First Atlantic Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7